# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

IN RE:

Kristy L Lopez

Debtor(s)

Case No.:  05 B 74945

Chapter:  13

Judge Manuel Barbosa

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Lydia Meyer, Chapter 13 Trustee, P.O. Box 14127, Rockford, IL 61105-4127
Kristy L Lopez, Debtor(s), 7402 Saturn Street, Loves Park, IL 61111
William Balsley, Attorney for Debtor(s), 5130 N Second Street, Loves Park, IL 61111

    You are hereby notified that WELLS FARGO HOME MORTGAGE has made post-petition advances of $550.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

    You are hereby notified that debtor(s) is(are) due to WELLS FARGO HOME MORTGAGE for the contractual mortgage payment due 05/01/2009. On 07/14/2009 when the Trustee filed the Notice of Payment of Final Mortgage Cure Amount the Debtor owed for the 05/01/2009 through 07/01/2009 post-petition mortgage payments, with the 08/01/2009 coming due and $467.76 in suspense . The current mortgage payment amount due each month is $806.03 . As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any oustanding pre-petition amounts also remain due.

    Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 09/26/2009, WELLS FARGO HOME MORTGAGE's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

    The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on August 27, 2009.

     /s/ Jose Moreno
    Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-08-35289)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.